IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-00754-F

| | |
|---|---|
| MARY ROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GOLDSBORO WAYNE ) | ORDER |
| TRANSPORTATION AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court with regard to Defendant's motion for extension of discovery deadlines [DE-13], motion to compel [DE-14], and motion for extension of time to file dispositive motions [DE-22]. Plaintiff does not oppose the motion to extend discovery, to the extent it does not impact the trial date, and also indicates she has now responded to Defendant's discovery requests. [DE-21]. In light of Plaintiff's response to the motion to compel, the court ordered Defendant to file either a status report detailing the discovery remaining in dispute or a notice withdrawing the motion to compel. [DE-23]. Defendant's status report indicates that Plaintiff served discovery responses after the motion to compel was filed, but that the responses were incomplete and that Plaintiff stated she would be producing additional information. [DE-24] ¶ 1-2. Defendant further reports that pending the court's ruling on the motion to extend the discovery period, which ended June 15, 2014, discovery has been essentially at a standstill. *Id.* ¶ 5.

Having considered the status of the case, the motions presently before the court, and any responses thereto, it is hereby ordered as follows:

(1) Plaintiff shall supplement her responses to Defendant's discovery requests by no later

than **September 16, 2014**, and Defendant's motion to compel is denied without prejudice to refile after receiving Plaintiff's supplemental responses;

(2) Defendant's motion to extend the discovery deadline is allowed, and all discovery shall be completed no later than **November 3, 2014**;

(3) Defendant's motion to extend the dispositive motions deadline is allowed, and any potentially dispositive motions shall be filed no later than **December 3, 2014**; and

(4) The trial of this matter shall be continued to Judge Fox's **March 9, 2015** term in Wilmington, North Carolina.

The provisions of the Scheduling Order [DE-12] not modified by the foregoing remain in effect.

SO ORDERED, the 2 day of September 2014.

Robert B. Jones, Jr.
United States Magistrate Judge