IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:13-cv-00754-F

| | |
|---|---|
| MARY ROWE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING JOINT MOTION** |
| GOLDSBORO WAYNE TRANSPORTATION AUTHORITY, | ) **TO MODIFY SCHEDULING ORDER** |
| Defendant. | ) |

THIS MATTER is before the Court on the Joint Motion to Modify Scheduling Order. IT APPEARING that good cause has been shown and thus this MOTION IS GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED that the discovery period is extended in order to provide that the second day of plaintiff's deposition shall be December 17, 2014. Except as modified, all other deadlines shall remain the same.

This the 15th day of December, 2014.

Robert B. Jones, Jr.
United States Magistrate Judge