UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARY ROWE, )
)
        Plaintiff, )
)
v. )
) **JUDGMENT**
GOLDSBORO WAYNE ) No. 5:13-CV-754-F
TRANSPORTATION )
AUTHORITY, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment [DE-37] is ALLOWED, and its Motions to Strike [DE-46, DE-48] are DENIED. The Motion to Continue [DE- 64] filed by Defendant is DENIED as moot. The Clerk of Court is DIRECTED to unseal the letter at Docket Entry 45, and close this case.

**This Judgment Filed and Entered on June 11, 2015, and Copies To:**

Mary Rowe (via U.S. Mail)
Mary Craven Adams (via CM/ECF electronic notification)


DATE                                                  JULIE RICHARDS JOHNSTON, CLERK
June 11, 2015                          /s/ Jacqueline B. Grady
                                                       (By) Jacqueline B. Grady, Deputy Clerk